UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ERIKA MCGILL**
    **Plaintiff,**

v.                                               Case: 8:21-CV-2031-VMC-SPF

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,**
    **Defendant,**

_____/

## **MEDIATION REPORT**

Pursuant to Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 2/17/2022 at the Zoom mediation conference:

(xx) Plaintiff/Counsel Appeared                   ( ) Plaintiff/Counsel did not Appear

(xx) Defendant/Counsel Appeared                ( ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:                 DEFENDANT'S ATTORNEY/FIRM:
**William S. Coffman, Jr.,**                           **Jonathan Fordin, Esquire**
Coffman Law                                        Shutts & Bowen, LLP
15436 N. Florida Ave., Ste. 103               200 South Biscayne Blvd. Ste. 4100
Tampa, FL 33613                                  Miami, FL 33131

MEDIATOR:
**Jack L. Townsend, Sr., Mediator**
6408 E. Fowler Avenue
Tampa, FL 33617

**RESULTS**: *(Mediation Results Report will be filed electronically)*

(xx)    Full Settlement Agreement
( )     Partial Settlement Agreement
( )     No Settlement Agreement
( )     Continued (Date)

LENGTH OF MEDIATION CONFERENCE:       3.5 Hours
                                                    /s/ Jack L Townsend, Sr.
                                                    Jack L. Townsend, Sr., Mediator