UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIKA MCGILL,   CASE NO.: 8:21-cv-T-2031-VMC-SPF

      Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, including all claims against all parties, with each party to bear its own attorney fees and costs.

DATED: March 23, 2022.

| | |
|---|---|
| */s/ William S. Coffman, Jr.* | */s/ Jonathan Fordin* |
| William S. Coffman, Jr., Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar Number: 0188158 | Florida Bar Number: 371637 |
| erisa@benefitsdenied.com | jfordin@shutts.com |
| COFFMAN LAW | SHUTTS & BOWEN LLP |
| 15436 N. Florida Avenue, Suite 103 | 200 South Biscayne Blvd., Suite 4100 |
| Tampa, FL 33613 | Miami, Florida 33131 |
| (813) 935-7030 Telephone | (305) 347-7390 Telephone |
| (813) 935-7277 Facsimile | (305) 347-7790 Facsimile |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |